IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

RAYMOND WILLISON
ADC #112295                                                    PLAINTIFF

v.                              No. 3:17-cv-108-DPM

K. BOWERS, Administrator,
Craighead County Detention
Center                                                         DEFENDANT

## ORDER

Unopposed recommendation, № 10, adopted. FED. R. CIV.
P. 72(b)(1983 addition to advisory committee notes). Motion to amend,
№ 8, denied as moot. Willison's complaint will be dismissed without
prejudice. This dismissal counts as a "strike" for purposes of 28 U.S.C.
§ 1915(g). An *in forma pauperis* appeal from this Order and
accompanying Judgment would not be taken in good faith. 28 U.S.C. §
1915(a)(3).

So Ordered.

DP Marshall Jr.
D.P. Marshall Jr.
United States District Judge

21 September 2017