# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

RAYMOND WILLISON
ADC #112295                                                    PLAINTIFF

v.                         No. 3:17-cv-108-DPM

K. BOWERS, Administrator,
Craighead County Detention
Center                                                         DEFENDANT

## JUDGMENT

Willison's complaint is dismissed without prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

21 September 2017